# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Kimberly A Hassen**                    **Docket No. 7:98-MJ-315-1**

### Petition for Action on Probation

COMES NOW John A. Cooper, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kimberly A Hassen, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating NCGS 14-160, Malicious Destruction of Property, was sentenced by the Honorable William Norton Mason, U.S. Magistrate Judge, on November 12, 1998, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.    The defendant shall pay restitution of $1,187.10.

2.    The defendant shall pay a special assessment of $10.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Ms. Hassen was sentenced to a one year term of probation by United States Magistrate Judge William Norton Mason on November 12, 1998. She absconded supervision and a warrant was issued on February 1, 2001, citing her with two violations of absconding supervision and failure to pay restitution of $1,107.10. Ms. Hassen remained at large until her arrest in Maine on June 3, 2011. She appeared before U.S. District Judge George Z. Singal in Maine for an initial appearance on June 3, 2011, and posted a bond of $1,107.10. She was released on pretrial supervision pending a revocation hearing in the Eastern District of NC. It was further ordered the bond be applied toward the balance of restitution, thus paying her restitution amount in full. It appears that Ms. Hassen has sufficiently satisfied her obligations to the court and it would be in the best interest of justice that the Motion for Revocation previously filed be dismissed and the probation term terminated. The U.S. Attorney's office has been notified and voiced no objections to the resolution of the case in this manner.

### PRAYING THAT THE COURT WILL ORDER

The Motion for Revocation previously filed, be dismissed, and the probation term terminated forthwith.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

/s/ John A. Cooper
John A. Cooper
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: June 23, 2011

## ORDER OF COURT

Considered and ordered this 27 day of June , 2011, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge